IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **RUBY CHRISTINE KIESLING** | | **PLAINTIFF** |
| v. | No. 4:22-cv-570-DPM | |
| **UNITED STATES OF AMERICA;**<br>**GLOBAL LOGISTICS CORPORATION;**<br>**DEPARTMENT OF DEFENSE; DEFENSE**<br>**LOGISTICS AGENCY; and DOES** | | **DEFENDANTS** |

ORDER

This is Kiesling's third *pro se* complaint filed in this district alleging facts about her contract with the United States. Judge Billy Roy Wilson dismissed the other two complaints as frivolous and for failure to state a claim (No. 4:22-cv-354-BRW & No. 4:22-cv-452-BRW). The Court therefore transfers this case to Judge Wilson.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 June 2022